# Exhibit 9

# VERRAGIO

LTD

330 Fifth Avenue - New York, NY 10001
212.868.8181 - Fax 212.244.2960

## INVOICE

| DATE | INVOICE NO. |
|---|---|
| 05/19/2015 | 159121 |

**BILL TO**

AE Jewelers
971 S. Green Bay Rd.
NEENAH WI 54956   usa

**SHIP TO**

WLM
3003 W. Prospect Ave
APPLETON WI 54914

| P.O. NO. | TERMS | DUE DATE | REP | SHIP DATE | SHIP VIA |
|---|---|---|---|---|---|
| 005-00058 | Net 30 Days | 06/18/2015 | CAR | | UPS |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| D-100-0-GOLD | Gold Dia. Eng. Mounting 0.15<br>Finger Size: 6.00 14KW/ROSE Stn: ROUND 4.2MM | 1 | | |

In case the seller retains account for collection of amount due under terms of this agreement the buyer agrees to pay the actual attorney's fees or reasonable collection agency's fees with interest and the costs of the court. Net according to terms there after 2% monthly and 24% annually.

Sub Total $:
Discount:
Misc. Chgs.:
Shipping:
Grand Total:

Total   1

The diamonds herein invoiced have been purchased from legitimate sources not involved in funding conflict and in compliance with United Nations Resolutions. The seller hereby guarantees that these diamonds are conflict free, based on personal knowledge and/or written guarantees provided by the supplier of these diamonds.